No. 796. NEW YORK CENTRAL RAILROAD CO. v. UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Kenneth H. Lundmark* for appellant. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, appellees.

No. 793. SCHLUDE ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari granted. *Robert Ash* and *Carl F. Bauersfeld* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Burt J. Abrams* for respondent. *Fontaine C. Bradley, John T. Sapienza, Robert L. Randall* and *Alvin Friedman* for the American Institute of Certified Public Accountants, as *amicus curiae,* in support of the petition.

No. 1022, Misc. HAYNES v. WASHINGTON. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Washington granted. Case transferred to the appellate docket. *Francis Hoague* for petitioner. *John J. Lally* for respondent.

No. 864. CAIN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.